IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MARK EDWARD BOLLES, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:12-CV-19 |
| | § | |
| WILLIAM STEPHENS, Director, | § | |
| Texas Department of Criminal Justice | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION and DENYING PETITIONER'S RULE 60(b) MOTION FOR RELIEF FROM JUDGMENT

Came for consideration petitioner's "Motion for 60(b) Relief on Appeal and COA" filed July 6, 2015. On September 28, 2015, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's motion be denied. As of this date, petitioner has not filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is ADOPTED. Accordingly, petitioner's Rule 60(b) motion for relief from judgment is DENIED.

IT IS SO ORDERED.

ENTERED this __23rd__ day of October 2015.

S/ MARY LOU ROBINSON
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE